ACCEPTED
03-15-00704-CV
8375562
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/28/2015 12:18:10 PM
JEFFREY D. KYLE
CLERK

# LAW OFFICE OF CRAIG BARKER, P.C.

401 Congress Avenue, Suite 1540, Austin, Texas 78701
Tel: (512) 494-0777; Fax: (512) 553-3197; craig@craigbarkerlaw.com
www.craigbarkerlaw.com

December 28, 2015

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/28/2015 12:18:10 PM
JEFFREY D. KYLE
Clerk

***VIA ECF***

Ms. Patricia Winkler
Appeals Clerk II
Travis County District Clerk's Office
Civil Division

> **Re:** **Cause No. D-1-GN-14-001701, *Champion Printing & Copying, LLC d/b/a Jerry Hayes Photography v. Jennifer Nichols, Nichols Photographers, Inc., and Jennifer Lindberg d/b/a/ Jennifer Lindberg Weddings v. Jerry Hayes Photography,* in the 345th Judicial District Court of Travis County, Texas**
>
> **Third Court of Appeals case number: 03-15-0070-CV**

Dear Ms. Winkler:

As you know, I am counsel for Cross-Appellants, Jennifer Nichols, Nichols Photographers, Inc., and Jennifer Lindberg d/b/a/ Jennifer Lindberg Weddings, in the above referenced and styled cause and appeal.

In addition to the items requested in our letter filed on December 17, 2015, Cross-Appellants request that two more items be added to the Clerk's supplemental record and transmitted to the Third Court of Appeals: Judgment Creditors' motion to contest the net worth statements and bonds posted by the Judgment Debtors, filed on November 10, 2015, and Judge Livingston's order denying the motion. The hearing was on December 21, 2015, and draft proposed orders have been submitted to Judge Livingston's staff attorney, but the order has not been signed and filed, as of the time I file this letter.

With the above-mentioned additions, Cross-Appellants' updated request is that the following items be included in the Clerk's supplemental record and transmitted to the Third Court of Appeals:

| | | |
|---|---|---|
| 1. | 6/4/2014 | Plaintff's Original Petition, Requests for Injunctive Relief and Request For Disclosure |
| 2. | 6/5/2014 | Verification |
| 3. | 6/24/2014 | Defendants' Original Answer, Special Exceptions, Affirmative Defenses, Counterclaims, and Request For Disclosure |
| 4. | 7/15/2014 | Plaintiff's Notice of Trial Setting |
| 5. | 9/19/2014 | Plaintiff's Motion to Compel Discovery Responses |

6.    9/19/2014    Plaintiff's Motion to Compel Mediation

7.    9/22/2014    Jennifer Nichols and Nichols Photographers, Inc.'s Motion To Quash Deposition Of Jennifer Nichols

8.    9/22/2014    Jennifer Lindberg d/b/a Jennifer Lindberg Weddings' Motion to Quash Deposition of Jennifer Lindberg

9.    9/23/2014    Plaintiff's Amended Motion to Compel Discovery Responses

10.   9/25/2014    Defendants' Response to Plaintiff's Motion to Compel Mediation

11.   9/26/2014    Defendants' Response to Plaintiffs Motion to Compel Discovery Responses

12.   9/29/2014    Plaintiff's Amended Motion to Compel Discovery Responses

13.   9/29/2014    Defendants' Response to Plaintiff's Response Motion to Compel Discovery Responses

14.   11/10/2015   Judgment Creditors' Motion to Contest Judgment Debtors' Affidavits and Statements of Net Worth and Sufficiency of Supersedeas Bonds

15.   ???          Order on Judgment Creditors' Motion to Contest Judgment Debtors' Affidavits and Statements of Net Worth and Sufficiency of Supersedeas Bonds [yet to be signed by judge, as of noon Dec. 28, 2015]

Please let me know the cost of obtaining the Clerk's supplemental record and to whom I should make out the check, and I will promptly send payment.

Thank you.

Sincerely,

Craig Barker

cc:    The Gammon Law Office, PLLC, counsel of record for appellants, Champion Printing & Copying, LLC d/b/a Jerry Hayes Photography and Jerry Hayes, via ECF